IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
GUMECINDO RAMIREZ PERALES,      *
                                *
       Plaintiff,               *
                                *
       v.                       *      CV 421-249
                                *
SOUTHERN CORRECTIONAL MEDICINE, *
                                *
       Defendant.               *
```

### ORDER

On September 7, 2021, Plaintiff, who was housed at Liberty County Jail, filed a *pro se* and *in forma pauperis* ("IFP") cause of action under 42 U.S.C. § 1983 for deliberate indifference to serious medical needs. By Order dated June 21, 2022, the Court directed Plaintiff to file an Amended Complaint within fourteen days or risk dismissal of the case. (See Doc. No. 11, at 7-8.) The Court's Order was returned as undeliverable (doc. no. 12); Plaintiff has failed to keep the Court apprised of his address. Plaintiff has not filed an Amended Complaint.

This Court may dismiss an action for want of prosecution when a party has "willful[ly] disobe[yed] . . . any order of the Court" or for "[a]ny other failure to prosecute a civil action with reasonable promptness." S.D. Ga. L.R. 41.1(b), (c); see also Fed. R. Civ. P. 41(b) (allowing involuntary dismissal of a complaint either for failure to prosecute or for failure to comply with an

order of the court). Finally, a district court retains the inherent power to police its docket and to enforce its orders. Link v. Wabash R.R. Co., 370 U.S. 626, 630-31 (1962); Mingo v. Sugar Cane Growers Co-op, 864 F.2d 101, 102 (11th Cir. 1989); Jones v. Graham, 709 F.2d 1457, 1458 (11th Cir. 1983); Brown v. Tallahassee Police Dep't, 205 F. App'x 802 (11th Cir. 2006).

Based upon Plaintiff's failure to prosecute this case and with the inherent authority to do so, dismissal of the case is appropriate. Accordingly, **IT IS HEREBY ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE